# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

COMMONWEALTH OF PENNSYLVANIA,    :   No. 30 MM 2021

            Respondent            :

                v.                :

WILLIAM MELESCHUCK,            :

            Petitioner              :

## ORDER

**PER CURIAM**

     **AND NOW**, this 6th day of May, 2021, the "Petition to Suspend the Pa.R.A.P. Rules," treated as an Application for Appointment of Counsel, is DENIED.